RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
SHREVEPORT, LOUISIANA
DATE 3/23/16

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 16-00070-01 |
| | * | |
| V. | * | 18 U.S.C. § 201(b)(2)(c) |
| | * | |
| | * | CHIEF JUDGE DRELL |
| HARLIS J. SION | * | MAGISTRATE JUDGE PEREZ-MONTES |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### BRIBERY
### 18 U.S.C. § 201(b)(2)(C)

Beginning in on or about November 2013, and continuing to on or about November 2014, in the Western District of Louisiana, Defendant, HARLIS J. SION, a public official, to wit, a Case Manager Officer at the United States Penitentiary in Pollock, Louisiana (USP Pollock), directly and indirectly did corruptly demand, seek, receive, accept, and agree to receive and accept something of value personally, in return for being induced to do an act and omit to do an act in violation of his official duty; that is while employed as a Case Manager Officer at the United States Penitentiary in Pollock, Louisiana, HARLIS J. SION did provide contraband to inmates at USP Pollock in exchange for cash and other things of value.

All in violation of Title 18, United States Code, Section 201(b)(2)(C). [18 U.S.C. § 201(b)(2)(C)].

## COUNT TWO
## BRIBERY
## 18 U.S.C. § 201(b)(2)(C)

Beginning on about May 2015, and continuing to on or about August 2015, in the Western District of Louisiana, Defendant, HARLIS J. SION, a public official, to wit, a Case Manager Officer at the United States Penitentiary in Pollock, Louisiana (USP Pollock), directly and indirectly did corruptly demand, seek, receive, accept, and agree to receive and accept something of value personally, in return for being induced to do an act and omit to do an act in violation of his official duty; that is while employed as a Case Manager Officer at the United States Penitentiary in Pollock, Louisiana, HARLIS J. SION did provide contraband to inmates at USP Pollock in exchange for cash and other things of value.

All in violation of Title 18, United States Code, Section 201(b)(2)(C). [18 U.S.C. § 201(b)(2)(C)].

A TRUE BILL

*REDACTED*

GRAND JURY FOREPERSON

STEPHANIE A. FINLEY
United States Attorney

By: _/s/ Earl M. Campbell_
EARL M. CAMPBELL
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
318.676.3600